UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a Tennessee Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN LOUIE, as administrator of the ESTATE OF JOSEPH LOUIE, deceased.<br><br>Defendant | Lead Case No.: 3:26-CV-05357-DGE<br><br>Related Case No.: 2:26-cv-02040-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO CONSOLIDATION OF CASES**<br><br>**NOTE ON MOTION CALENDAR: July 22, 2026** |
| FILIPINA CHAPMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PRIMERICA LIFE INSURANCE COMPANY, a foreign company doing business in Washington,<br>Defendant.<br><br>. | |

THIS MATTER having come before this Court on the Stipulated Motion to Consolidate, and the Court having considered the same and being fully advised in the premises, it is hereby ORDERED as follows:

1. Case No. 3:26-cv-05357-DGE and Case No. 2:26-cv-02040-JHC are hereby **CONSOLIDATED** for all purposes, including discovery, pretrial proceedings, and trial, pursuant to Federal Rule of Civil Procedure 42(a) and LCR 42(a);

2. Case No. 3:26-cv-05357-DGE shall serve as the **lead** case and all future filings shall be made under Case No. 3:26-cv-05357-DGE in the Tacoma Division before Judge Estudillo;

3. The Clerk of the Court is directed to administratively close Case No. 2:26-cv-02040-JHC and to note in the docket that it has been consolidated into the lead case; and

4. The case schedule in Case No. 3:26-cv-05357-DGE shall govern this consolidated action.

5. Consolidation does not merge the Actions into a single cause of action or affect the parties' substantive claims, defenses, or trial rights. Plaintiff Filipina Chapman's jury demand is preserved, and this Order shall not be construed to waive or limit any party's right to a jury trial on any claim so triable; and

6. Within fourteen (14) days of entry of this Order, Primerica shall withdraw its ninth affirmative defense of failure to join a necessary or indispensable party asserted in Case No. 2:26-cv-02040, and shall not seek dismissal of Ms. Chapman's claims on the basis of any such defense.

IT IS SO ORDERED.

DATED July 23, 2026.

John H. Chun
United States District Judge